IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MELANIE TRAINOR,[1] | § | |
| | § | No. 532, 2017 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | in and for New Castle County |
| | § | |
| MEGAN TRAINOR and JACOB | § | File No. CN11-02261 |
| WALEN, | § | Petition Nos. 17-02014 |
| | § | and 17-19810 |
| Respondents Below, | § | |
| Appellees. | § | |

Submitted: June 22, 2018
Decided: July 25, 2018
Corrected: August 9, 2018

Before **STRINE**, Chief Justice; **SEITZ** and **TRAYNOR**, Justices.

# O R D E R

This 25th day of July 2018, upon consideration of the opening brief and the record below, the Court concludes that the judgment of the Family Court should be affirmed on the basis of its well-reasoned order, dated November 22, 2017, denying the petition to rescind guardianship and the petition for a rule to show cause.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).